UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH DEUTCH, et al.,

Plaintiffs,

-against-

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,

Defendant.

**ORDER**

25-CV-09663 (PMH) (consolidated)

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case.[1] Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
November 6, 2026

Philip M. Halpern
United States District Judge

[1] Pursuant to so-ordered stipulation, the later filed case bearing Docket No. 26-CV-04377 was closed upon consolidation of the actions. (Doc. 17).